UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,
       Plaintiff,
v.
                              MC 04-40003-CBS

JOHN BURKE,
       Defendant,

ORDER OF APPOINTMENT OF COUNSEL

June 24, 2004

SWARTWOOD, M.J.

It is hereby ORDERED that Elizabeth Prevett of the Federal Defender for the District of Massachusetts, 408 Atlantic Avenue, 3rd floor, Boston, Massachusetts, (617) 223-8061, is appointed to represent the above-named defendant in all proceedings related to the above-entitled case.

CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE

By the Court:

/s/ Lisa B. Roland
Lisa B. Roland
Deputy Clerk